No. 95–7711. RHODES *v.* UNITED STATES. C. A. D. C. Cir. Motion of petitioner for leave to proceed *in forma pauperis*

granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States*, 516 U. S. 137 (1995).